NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**UNILOC 2017 LLC,**
*Appellant*

**v.**

**CISCO SYSTEMS, INC.,**
*Appellee*

———————————

2019-1064

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-00198.

———————————

**JUDGMENT**

———————————

DONALD LEE JACKSON, Davidson Berquist Jackson & Gowdey, LLP, McLean, VA argued for appellant. Also represented by JAMES ETHERIDGE, RYAN S. LOVELESS, Etheridge Law Group, Southlake, TX; BRETT MANGRUM, Mangrum Law Group PLLC, Mesquite, TX.

THEODORE M. FOSTER, Haynes and Boone, LLP, Dallas, TX, argued for appellee. Also represented by DEBRA JANECE MCCOMAS, DAVID L. MCCOMBS; DINA BLIKSHTEYN, New York, NY.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, DYK and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| <u>May 5, 2023</u> | <u>/s/ Peter R. Marksteiner</u> |
| Date | Peter R. Marksteiner |
| | Clerk of Court |